VETERANS ADMINISTRATION MEDICAL DOCUMENTS

# Progress Notes

1 1 2020

Printed On Aug

FOR CHARLES J. WHITE

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA   Electronic   Medical   Documentation |
|---|---|
| WHITE, CHARLES JAMES<br>1135 SE 32ND AVE<br>OCALA, FLORIDA 34471<br>DOB: ▮▮▮▮/1983 | printed at NF/SG VA |

# Progress Notes

```
LOCAL TITLE:     ABBREVIATED HISTORY AND PHYSICAL (T)
STANDARD TITLE: H & P NOTE
DATE OF NOTE: NOV 09, 2010@09:30 ENTRY DATE : NOV 09,
      AUTHOR: LENTZ , ASHLEY K EXP COSIGNER:
    URGENCY :                         STATUS : COMPLETED


      H&P ABBREVIATED HISTORY AND PHYSICAL (T) Has ADDENDA
                                                          0@09:31:09
```

CC: Ganglion Cysts

HPI : 27yo RAD BM with two small cysts of the right wri
first noticed them a couple months ago and they a
bothersome.
when grabing objects or rotates his wrist .

and lcng f inger. He

He feels them

PMH     Asthma


PSH     None


Al lergies      NY-DA


Meds
Active Outpatient Medications (including Supplies) :

AEROCHAMBER PLUS USE CHAMBER AEROCHAMBER INHALATION ONE
   TIME EACH DAY WITH INHALER
ALBUTEROL 90MCG (CFC-F) 200D ORAL INHL INHALE 2 PUFFS BY        ACTIVE
   MOUTH FOUR TIMES A DAY AS NEEDED FOR BREATHING
CITALOPRAM HYDROBROMIDE 40MG TAB TAKE ONE-HALF TABLET BY        ACTIVE
   MOUTH ONE TIME EACH DAY FOR MOOD AND FOR PAIN
FORMOTEROL FUMARATE 12MCG INHL CAP INHALE CONTENTS OF 1         ACTIVE
   CAPSULE BY MOUTH TWICE A DAY USING HANDHELD DEVICE FOR
   BREATHING                                                    ACTIVE
MELOXICAM 15MG TAB TAKE ONE TABLET BY MOUTH ONE TIME EACH
   DAY FOR PAIN OR INFLAMFLATION, TAKE WITH FOOD
MOMETASONE FUROATE 220MCG ORAL INHL 60 INHALE 1 PUFF BY        ACTIVE
   MOUTH EVERY EVENING FOR BREATHING. DISCARD 45 DAYS AFTER
   OPENING. RINSE MOUTH AFTER USE .                             ACTIVE
TRAMADOL ACL 50MG TAB TAKE TWO TABLETS BY MOUTH TWICE A
   DAY AS NEEDED FOR PAIN
ZOLMITRIPTAN 5MG DISINTEGR TAB PKG 3 TAKE ONE TABLET BY         ACTIVE
   MOUTH ONE TIME EACH DAY AS NEEDED FOR MIGRAINE HEADACHE
   TAKE ONE TABLET AT FIRST ONSET OF HEADACHE. MAY REPEAT       ACTIVE
   IN 2 HRS. NOT TO EXCEED 4 TABS IN 24 HRS.


SocHx   occasional ETON, + cigar use


FHx     no bleeding d/o or prob with anesthesia

PHYSICAL EXAM:

# Progress Notes

---

General: AAO x3 NAD
HEENT: NC AT PERRL, EOMI
Heart: RRR
Lungs : CTA bilaterally
Abdomen: soft NT ND
Neuro (Mental Status) CN 2-12 intact
Extremities/ feet: FROM, small mobile mass of the right dorsal wrist and
long finger over the proxmial phalanx GU/ Rectal: deferred

Plan/ procedure: Pt has two ganglion cysts of the right hand.
To OR in Lake City on 11/26 for removal .
Needs PAC visit today.
No labs, EKG or CXR needed .


/es/ ASHLEY K. LENTZ
PLASTIC   SURGERY   ATTENDING
Signed: 11/09/2010 09:35


11/09/2010 ADDENDLN STATUS : COMPLETED tagging lake city
scheduling to pre op

/es/ AMY E MCGREANE
ARNP-BC, DNP
Signed: 11/09/2010 12:58

/es/ LORETTA M COADY-FARIBORZIAN
CHIEF, PLASTIC SURGERY
cosigned: 11/09/2010 13:18

Receipt Acknowledged By:

11/09/2010 14 : 00/es/ **AMANDA** D BARNES
                         MSA

11/09/2010 14:12 /es/ SHEILA Y BESTOSO
                         MEDICAL SUPPORT ASSISTANT

11/09/2010 15 :38       /es/ SUSAN E PLUMMER


11/09/2010 13 :50/es/ SHANELE N ROBINSON
                         CNA


11/09/2010 ADDENDUM                STATUS: COMPLETED
Veteran was seen in Gainesvilles PAC clinic today. He does not need PAC pre-
op in Lake City.

/es/ BENJAMIN A KIBEL
Medical        Support

# Progress Notes

1 1 2020

Assistant       Signed:
11/09/2010 13:03

Receipt Acknowledged By:

# Progress Notes

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WHITE , CHARLES JAMES<br>1135 SE 32ND AVE<br>OCALA, FLORIDA 34471<br>DOB: ████ 1983 | Printed at NF/SG VA |

| | | |
|---|---|---|
| 11/09/2010 14:12 | /es/ | SHEILA Y BESTOSO<br>MEDICAL SUPPORT ASSISTANT |
| 11/09/2010 13 :50 | /es/ | SHANELE N ROBINSON<br>CNA |
| 11/09/2010 15:39 | /es/ | SUSAN E PLUMMER |
| 11/09/2010 14 : 00 | /es/ | AMANDA D BARNES<br>MSA |

# Progress Notes

LOCAL TITLE: AUDIOLOGY
STANDARD TITLE: AUDIOLOGY NOTE
DATE OF NOTE: MAR 23, 2010@13:59   ENTRY DATE : MAR 23, 2010@13:59:27AUTHOR: SCOTSON ,
    VINCENT      EXP COSIGNER:
    URGENCY :                              STATUS : COMPLETED

Patient seen today for a (Hearing Aid Fitting & Orientation) appointment .

MAKE/MODEL:Siemens-LIFE 700 OE BTE'S

Serial Numbers :
Rt & Lt:XU08873 & XU08878

Act i on :

1      . Otoscopy: Clear external auditory canals .

2      . Provided Patient with verbal & written counseling on the following :
    a.  Insertion & removal of the devices from the ears .
    b.  Insertion & removal of the batteries .
    c.  How to clean, care for, and maintain the devices .
    d.  How to adj ust the volume on the devices .
    e.  The 6 month trial & warranty periods concerning the devices .

3      . Patient given (VA FORM 10-2477b) concerning ordering battery and supplies .

4      . Patient given JAX-AUDIOLOGY clinic instruction sheet concerning hearing aids .

5      . patient given ear cleaning instruction sheet to perform at home .

6      . Patient instructed to call the clinic with any concerns or issues with the hearing aids .

Recommendations :
    Patient to contact the clinic for any further hearing-related concerns .

/es/ VINCENT SCOTSON
Audiology Health Technician
Signed: 03/23/2010 14:00

LOCAL TITLE: AUDIOLOGY
STANDARD TITLE: AUDIOLOGY NOTE
DATE OF NOTE: MAR 15, 2010@16:13          ENTRY  DATE  :  MAR  15, 2010@16:13:19EXP
    AUTHOR: TRULUCK, CHARLES H      COSIGNER:
    URGENCY :                              STATUS : COMPLETED

# Progress Notes

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WHITE, CHARLES JAMES 1135 SE<br>32ND AVE<br>OCALA, FLORIDA 34471<br>DOB: ▮▮▮/1983 | Printed at NF/SG VA |

# Progress Notes

Background/ Case history :
26 year old male was seen today for audio evaluation:

Patient —Reported Case History POSITIVE for :
    Significant hazardous noise exposure while serving in infantry unit .
    Constant bilateral subj ective high-pitch tinnitus for past approx 3-5
    yrs .
    Frequent otalgia; bilateral, 1/ week which Pt associates with certain
    sounds . (described as Rt/Lt side sensitivity to loud sounds; more so in
    Rt ear) . Frequent hearing difficulty in various listening environments
    .


Patient-Reported Case History NEGATIVE for:
    Episodes of severe dizziness/ vertigo
    Specific incidents of noise- or barotrauma
    Head trauma
    Ear infections
    Middle ear pathology
    Recent medical treatment for ear/ hearing-related disorders
    Past otologic surgery
    Unexplained sudden hearing loss
    Current or prior hearing aid use


Additional Remarks : None

Audiologic results :
Otoscopy :
    Clear external auditory canals. TMs visible and intact . All visible
    landmarks appeared normal for both ears .


Pure Tone Air & Bone Conduction Results :
    Rt: Mild low-frequency SNHL at 250-2000Hz, sloping up to normal at 4 kHz
        , slight degree at 8 kHz .
    Lt: Similar type/ degree config as Rt ear, although slight vs. mild
        degree Iow- frequency SNHL; also normal at 4 kHz .
    *** (View Audiogram in CPRS using "Audiogram Display" in "Tools" menu)


Speech recognition thresholds :
    Rt: 20 dBHL
    Lt: 20 dBHL
    ***SRTs in good agreement with pure tone air conduction thresholds
        indicating good test reliability.


Word recognition score in quiet :
    Rt: 100% at 60
    dBHL. Lt: 100% at

# Progress Notes

11 2020

60 dBHL.

# Progress Notes

Printed On Aug

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| WHITE , CHARLES JAMES<br>1135 SE 32ND AVE<br>OCALA, FLORIDA 34471<br>DOB: ▮▮▮▮/1983 | Printed at NF/SG VA |

Page 4 of 5

Tympanometry : DNT

Recommendati on :
  Pt is good candidate for open ear BTE hearing aid amplification as indicated by reported adverse effects of communication difficulty on quality of life .
  Pt to RTC for scheduled hearing aid fit/ orientation. Pt was advised of today' s results and recommendations .

/es/ CHARLES TRULUCK, AUD, CCC-A
AUDIOLOGIST
Signed: 03/16/2010 08:48

# Progress Notes

11 2020

Printed On Aug



PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
WHITE, CHARLES JAMES 1135 SE
32ND AVE
OCALA, FLORIDA 34471
DOB: █████1983

VISTA Electronic Medical Documentation
Printed at NF/SG VA

Page 5 of 5



WHTE,CHARLES JAMES (5917873%) on Mar IS, 2010 Age: 26
Frequency in Hertz (Hz)

TRULUCK,CHARLES H; AUDIOLOGIST; at JACKSONVILLE VA CLINIC

# DEPARTMENT OF VETERANS AFFAIRS

# AUDIOLOGICAL EVALUATION

| Referral Reason: | Audiological Evaluation | | | | | | | | Referral Source: | | | | | | | | |

## AIR CONDUCTION

| Examiner | Right | | | | | | | | | Examiner | Left | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Initials: | 250 | 500 | 1000 | 1500 | 2000 | 3000 | 4000 | 6000 | 8000 | Initials: | 250 | 500 | 1000 | 1500 | 2000 | 3000 | 4000 | 6000 | 8000 |
| | 30 | 35 | 25 | | 25 | | 15 | | 20 | | 20 | 20 | 25 | | 25 | | 15 | | 25 |
| Masking | | | | | | | | | | Masking | | | | | | | | | |

| PURE TONE AVERAGES | | | | TRANSDUCER TYPE | | PURE TONE AVERAGES | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 FA: 25 | 3 FA: 28 | 4 FA: | ☑ Earphone ☐ Insert | | | 2 FA: 22 | 3 FA: 23 | 4 FA: | |

## BONE CONDUCTION

| Examiner | 250 | 500 | 1000 | 1500 | 2000 | 3000 | 4000 | Examiner | 250 | 500 | 1000 | 1500 | 2000 | 3000 | 4000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | 20 | 25 | 20 | | 25 | | 15 |
| Masking | | | | | | | | Masking | | | | | | | |

## ACOUSTIC IMMITTANCE

| Probe (Right) | Peak daPa | | Vea | | Peak Immittance 228 Hz 678 Hz | | Tympanogram Type | | Probe (Left) | Peak daPa | | Vea | | Peak Immittance 226 Hz 678 Hz | | Tympanogram Type | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Stimulus (Left) | Contra AR Thresholds | | | | | Reflex Decay | | Stimulus (Right) | Contra AR Thresholds | | | | | Reflex Decay | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1000 | 2000 | 4000 | BBN | 500 | 1000 | | 500 | 1000 | 2000 | 4000 | BBN | 500 | 1000 |
| | | | | | | | | | | | | | | | |

| Stimulus (Right) | IPSI AR Thresholds | | | | | Half-Life | | Stimulus (Left) | IPSI AR Thresholds | | | | | Half-Life | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 500 | 1000 | 2000 | 4000 | BBN | 500 | 1000 | | 500 | 1000 | 2000 | 4000 | BBN | 500 | 1000 |
| | | | | | | | | | | | | | | | |

| Other Tests (R) | WEBER | PT STENGER | RINNE | OTHER: | Other Tests (L) | WEBER | PT STENGER | RINNE | OTHER: |
|---|---|---|---|---|---|---|---|---|---|

## SPEECH AUDIOMETRY

| | RIGHT SRT | | RIGHT SPEECH RECOGNITION | | | | | | PBMAX | | LEFT SRT | | LEFT SPEECH RECOGNITION | | | | | | PBMAX |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 1 | 2 | 3 | 4 | 5 | 6 | PBMAX | | 1 | 2 | 1 | 2 | 3 | 4 | 5 | 6 | PBMAX |
| | 20 | | 100 | | | | | | 100 | | 20 | | 100 | | | | | | 100 |
| Level | | | 60 | | | | | | 60 | Level | | | 60 | | | | | | 60 |
| List | | | | | | | | | | List | | | | | | | | | |
| ML | | | | | | | | | | ML | | | | | | | | | |

INTER-TEST CONSISTENCY(R): ☑ GOOD ☐ POOR ☐ FAIR          INTER-TEST CONSISTENCY(L): ☑ GOOD ☐ POOR ☐ FAIR

MATERIAL:          PRESENTATION:
☐ MARYLAND CNC    ☑ CIDW-22    ☐ NU-6    ☐ OTHER, SPECIFY:          ☐ RECORDED    ☑ MLV

Comments:

Patient Name [Last,First MI]          Age          Claim Number          SSN
WHITE,CHARLES JAMES                   26                                 591787396
Examining Station or Clinic           Examining Audiologist              Date of Exam
JACKSONVILLE 1 VA CLINIC              TRULUCK,CHARLES H                  Mar 15, 2010

Computer generated VA form 10-2364 (2005) AUDIOLOGICAL EVALUATION

OTHER, SPECIFY

gee      Numier SSN 26  591787396

Examinino Audiozoist                                     Date of Exam

TRULUCK,CHARLES H                                         Mar IS, 2010

WHTE,CHARLES JAMES (5917873%) on Jul 18, 2010 Age: 26

### Frequency in Hertz (Hz)



LAYWELLCMARY F: FEE BASIS AUDIOLOGIST; at N. FLORIDA'S. GEORGIA HCS

| DEPARTMENT OF VETERANS AFFAIRS | AUDIOLOGICAL EVALUATION |
|---|---|
| Referral Reason: CF | Source: |
| AIR CONDUCTION | |

| Examiner Initiä&: | 22 | | Right | | | | Examiner Initials: | 233 | | Left | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1000 | 2000 3000 4020 aooo | | | | | | 1500 2000 | | 4000 | | |
| | 25 | 30 '20 | 25 | 15 10 15 15 | | | 15 | 15 | 20 | 25 | 15 | 20 | 25 |
| %tasking | | | | | | | Mask*l | | | | | | |

| PURE TONE AVERAGES | | | TRANSOUCER | | PURE TONE AÆRÅGES | | |
|---|---|---|---|---|---|---|---|
| 2FA: 22 | 3FA: 25 | 4 FA: 18 | Earphone | Insert | 2FA: 18 | 3FA: 20 | 4 FA: 20 |

### BONE CON OUCTION

| Examiner | | 1000 | | 2000 | 3000 | Examiner | 250 500 | | tooo | | moo | 3000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 20 | 15 | | 25 20 | 15 | | | | | | | |
| Uasking | 30 35 | | | | | MäEkng | | | | | | |

### ACOU STIC IWITTANCE

| | | Right | | | | | | Left | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| {Paght} | Peak | | PEäk Immittance | | Tymcancgt Type | {Left} | Pesk daPa | | Peak Invnittsnoz | Tymcsa Typ | | |
| | -20 | 1.0 | | | | | -20 | 11.2 | | | | |
| Stimulus CLeft) | Contra tooo AR eshc'ds | | moo 4000 | BEN | Reflex Ûzay | | Stimuius {Right} | Contra AR 2000 ihcöds 4000 | | | Reflex De | | |
| | | | | | | tooo | | 500 | | | | |
| Stin-,ulus {Right} | IFS' AR Threshoöds | | | | Half-Life | Stimulus | IPSIAR iholds | | | Half- | | |
| | 1000 | moo | 4000 | BEN | soo | two | | tooo | | 2000 | BEN | |
| | | 100+ | | | | | | 85 | 85 | 85 | | |
| Other Tests (R) | WEBER | PT STENGER RINNE | | OTHER: | | | Other Tests (L) | WEBER | STENGER | RINNE | OTH | |

### SPEECH AUDIOMETRY

| RIGHT SRT | | RIGHT SPEECH -RECOGNITION | | | | | LEFT SRT | | LEFT SPEECH RECO&NITION | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | | 2 | 3 | 4 | | 1 | 2 | 1 | 2 | 3 | 4 | 6 | p N |
| 14 | | 88 | 84 | 70 | | | 8 | | 84 | 32 | | | | 7 |



| Level |  | 50 |  |  |  | 70 | Leve |  | 50 |  | 70 |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| List |  |  |  |  |  | ——— | List |  |  |  |  |  |  |

|  |  | 30 | 40 r |  |  | 40 | FAIR |  |  | 30 | 40 r |  | 4 |

NTER-
TEST     ISISTENCY(R}:          OOD r- POOR          FAIR

NTER-
TEST     INSISTENCY(I          )OD     FOOR

| MATERIAL: | | PRESENTATION: |
|---|---|---|
| IV kARYLAND CNC      CIDW-22 r NUG         OTHER. SPECIFY | | RECORDED |

Cornments:

Patient Name [Last,First Mll                              Claim Numier          SSN
   WHITE,CHARLES JAMES                        26                      591787396
Examinina Station or CEnic              Examinina AudZ,Zoist              Date of E%äm

·  N. FLOROA/S. GEORGIA HCS    · · ·       LAYWELL;MARY F    · ·   · ·—   · · · Jul 16, 2010   ···   ··

Computer generated VA fan-n          AUDIOLOGICAL EVALUATION



DEPARTMENT OF VETERANS AFFAIRS
ST. PETERSBURG REGIONAL OFFICE
PO BOX 1437
ST. PETERSBUQG, FL 33731

CHARLES J. "HITE

VA File Number
59178 7396

Represented by:
VETERANS OF FOREIGN WARS OF THE VS

Rating Decision
September 27, 2010

## LNTRODCCTION

The records reflect that you are a veteran of the Gulf War Era. You served in the Army from January 29.2003 to August 25.2009- You filed an original disability claim that v.zs received on November 5, 2009. Based on a review ofthe evidence listed below, we have made the following decision(s) on your claim.

## DECISION

I . Service connection for post traumatic stress disorder (PTSD), chronic is granted with an evaluation of 30 percent effecti"ve August 26, 2009.

2 . Senice connection for asthma is granted veith an :valuationof 30 percent effective August 26, 2009.

3 . Service connection for tinnitus is granted with an evaluation of i O percent effective August 26.2009.

CHARLES J WHITE

Page 5

We have assigned a 30 percent evaluation for daily inhalationai or oral bronchodilator

The effective date is August 26, 2CÅ)9, based on the day follovving separaüon from service, since your claim was received %ithin one year after separation from service.

### 3. Service connection for tinnitus.

Service connection for tinnitus has been established as directly related to military service.

An evaluation of 10 percent is assigned from August 26, 2009. An evaluation of 10 percent is granted for reeurrent tinnitus. This is highest schedular evaluation for this disability. Assignment of an extra-schedular evaluation under the criteria in 38 CFR 3.321 was considered. h is held that the medical evidence does not show that your ease presents such an exceptional or unusual disability picture with such related factors as marked interference with employment or frequent periods of hospitalization as to render impractical the application of the regular schedular standards.

Formal Finding on the Unavailability of Service Treatment Records dated September 8, 2010 determined that the service medical records for all periods of service are unavailable for review. Efforts to obtain service medical records from all potential sources were unsuccessful. Ifthese records are located at a later date, this decision will be reconsidered-Ifa different decision results, that decision will be effective as of the daze of this pending claim.

VA Medical Records from Gainesville VA^MC, from August 31, 2006 through June 24, 2009 (dates are '*ithin active duty period) show complaints of tinnitus in August of 2006 (during active duty).

Your DD 214. Report of Separation from the Armed Forces, reveal you were awarded the Combat Infantiyman Badge and we concede exposure to acoustic trauma in service.

VA audio examination from Gainesville VAMC, dated July 16, 2010 shows that you have intermittent recurrent timitus.

Set-s ice eorrection for tinnitus has been established as directly related to military service-

We have assigned a 10 percent evaluation for recurrent tinnitus.

The effective date is August 26, 2009, based on the day follovving separation from service. since your claim was received within one year after separation from service.

## UNITED STATES DITRICT COURT, NORTHERN DISTRICT OF FLORIDA

### PENSACOLA DIVISION

IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to All Cases | Judge M. Casey Rodgers Magistrate Judge Gary R. Jones |

PRETRIAL ORDER NO. 17
ORDER GOVERNING ADOPTION OF MASTER COMPLAINT
AND SHORT FORM COMPLAINT FOR FILED CASES

1.  This Order applies to all product liability cases currently pending in MDL

No. 2885 and to all related actions that have been or will in the future be

originally filed in, transferred to, or removed to this Court and assigned

thereto (collectively, "these MDL proceedings"). This Order is binding on

all Parties and their counsel in all such cases.

2.  In light of the number of product liability complaints filed to date and

likely to be filed in the future in these MDL proceedings, and the

inefficiencies of drafting those complaints and individual answers to those

complaints, and also in order to streamline the process for the Court's

consideration of dispositive motions, the Parties have agreed to the use of

master pleadings. This Order is not intended to alter the applicable

provisions of the Federal Rules of Civil Procedure or the Local Rules of

this Court, except as otherwise provided herein or in any subsequent Pretrial Order.

    3:19-md-0.'

2

3.    The Plaintiffs' Steering Committee ("PSC") has filed a Master Complaint on behalf of all Plaintiffs asserting personal injury and product liability claims in these MDL proceedings. See ECF No. 704.

4.    The Plaintiffs' Steering Committee ("PSC") has filed a Short Form Complaint on behalf of all Plaintiffs asserting personal injury and product liability claims in these MDL proceedings, which is an abbreviated form that Plaintiffs will complete in lieu of filing standalone complaints. See ECF No. 705.

5.    All Plaintiffs with a case pending in this MDL as of the date of this Order must file a Short Form Complaint within 20 days of the date of this Order.

6.    Any Plaintiff whose case becomes part of this MDL after the date of this Order, either by a direct filing and assignment to this Court (if permitted by subsequent order of the Court) or by transfer from another district or from another judge in this district, must file a Short Form Complaint within 20 days from the date of transfer or, if originally filed in this district, assignment to this Court.

7. All future cases directly filed into MDL 2885 following entry of this Order must use the Short Form Complaint.

8. For purposes of the application of the statutes of limitation and/or repose, a Plaintiff will be deemed to have filed his or her complaint as of the date

3:19-md-0.    5-

3

of filing of that Plaintiffs original complaint, not the date of filing of the Master Complaint or Short Form Complaint.

9. There must be a separate Short Form Complaint filed for each individual plaintiff. No plaintiff may directly file a non-shon form complaint in this MDL. In the event that any plaintiff was a member of a multiplaintiff complaint prior to transfer this MDL, each plaintiff must file a separate short form complaint under a separate docket number.

10. By October 31, 2019, the Defendants named in the Master Complaint must file a Master Answer on the MDL docket.

11. As of the date on which each Defendant's Master Answer is filed, it will be deemed to have been filed in every current or future case against that Defendant in the MDL proceedings, without any further action required by that Defendant.

12.   The adoption of the Master Answer in every case is without prejudice to .

Defendants later moving to dismiss certain counts alleged in the Master

Consolidated Complaint (at the appropriate time in any individual

Plaintiffs action), asserting any affirmative defenses, filing an Amended

Answer to address specifically any individual Complaints described

below, or otherwise challenging the sufficiency of any claim or cause of

action in any Complaint under the applicable state's law, including cases

that may

Case 3:21-cv-00126-TJC-JBT  Document 4-1  Filed 02/04/21  Page 28 of 28 PageID 111
Case                    Document 763 Fil    -0/16/19 Page 5 of 4

Page of 4

3:19-md-OT5-MCR-GRJ                              t

4

be selected for inclusion in a discovery pool or bellwether trial pool. Any

proposed Order submitted to this Court for a process of selecting cases for

inclusion in a discovery pool or bellwether trial pool must include a

proposed procedure for the filing of dispositive motions applicable to

those cases. Furthermore, by agreeing to the procedures for filing the

Master Consolidated Complaint and Short Form Complaints, Defendants

have not agreed to or admitted the allegations set forth in those

documents, nor have Defendants conceded or waived their right to dispute

the legal validity of the claims alleged therein.

13. As set forth herein, after the Master Answer has been filed in this MDL No.

2885, it will be deemed adopted in every case. As a result, following the

filing of the Master Answer, any Plaintiff who wishes to voluntarily

dismiss any case filed in or transferred to this MDL must comply with

Federal Rule of Civil Procedure 41 (a)(1)(A)(ii).

DONE AND ORDERED, on this 16th day of October, 2019.

_M._Cauez enoc/gevyJ_____
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE

case No. 3:19md2885/MCR/GRJ